# STATE OF LOUISIANA

## COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

NO. 2026 KW 0588

VERSUS

SHAWN Q. DRAKE

**JULY 13, 2026**

---

In Re:     Shawn Q. Drake, applying for supervisory writs, 19th Judicial District Court, Parish of East Baton Rouge, No. DC-26-01184.

---

**BEFORE:    THERIOT, LANIER, AND MILLER, JJ.**

**WRIT DENIED.** The Clerk of Court of East Baton Rouge Parish has no record of receiving a *pro se* motion to quash, allegedly filed on March 16, 2026, in docket number DC-26-01184. Relator should file the motion with the clerk of court in the district court before seeking relief in this court. The record further reflects that on June 4, 2026, the district court acted on the counseled motion to quash.

**MRT**
**WIL**
**SMM**

COURT OF APPEAL, FIRST CIRCUIT

DEPUTY CLERK OF COURT
FOR THE COURT